ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

for failure to prosecute in accordance with the rules.

**Rixey M. LONDON, Petitioner,**

v.

**GENERAL SERVICES ADMINISTRATION, Respondent.**

No. 2012–3076.

United States Court of Appeals, Federal Circuit.

March 7, 2012.

**Carl FOX, Petitioner,**

v.

**DEPARTMENT OF DEFENSE, Respondent.**

No. 2012–3078.

United States Court of Appeals, Federal Circuit.

March 7, 2012.

Carl Fox, Canton, MS, pro se.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,